UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| - against - | **ORDER** |
| WILLIAM SUAREZ, | 24 Cr. 682 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

An initial conference will take place on **January 28, 2025, at 12:30 p.m.** in Courtroom 110 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        January 22, 2025

SO ORDERED.

*(signature)*
─────────────────────────────
Paul G. Gardephe
United States District Judge