

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 24, 2025

**BY ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
New York, New York 10007

Re:   *United States v. William Suarez*, 24 Cr. 682 (PGG)

Dear Judge Gardephe:

The Government writes, on behalf of the parties, with respect to the initial pretrial conference scheduled in this case for January 28, 2025, at 12:30 p.m. The defendant requests that the Court adjourn the conference one day until January 29, 2025, at 12:30 p.m. The Government has no objection to that request.

If the Court grants the defendant's adjournment request, the Government moves to exclude time under the Speedy Trial Act from January 28, 2025, to January 29, 2025. The defendant was presented and arraigned on January 14, 2025. Before court proceedings began that day, the Government produced Rule 16 discovery to the defendant. At the conclusion of the proceedings, Magistrate Judge Stein excluded time under the Speedy Trial Act until January 28, 2025. The day after the defendant's presentment and arraignment, January 15, 2025, the Government provided the defendant with a *Pimentel* letter. The Government submits that the ends of justice served by excluding time from January 28, 2025, to January 29, 2025, outweigh the best interests of the defendant and the public in a speedy trial, because it will allow the defendant to continue his review of the Government's Rule 16 discovery and *Pimentel* letter. The defendant has no objection to this request.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By: _____
Justin V. Rodriguez
Assistant United States Attorney

**MEMO ENDORSED:**
The conference previously scheduled for January 28, 2025, at 12:30 p.m. is adjourned to **January 29, 2025, at 12:30 p.m.** in Courtroom 110 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge