UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

WILLIAM SUAREZ,

Defendant.

**ORDER**

24 Cr. 682 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference will take place on **February 26, 2025, at 2:00 p.m.** in Courtroom

705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New

York.

Dated:  New York, New York
        January 29, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge