UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>WILLIAM SUAREZ,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 682 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the terms of the Defendant's bail are amended to permit him to travel to the District of Connecticut. All other conditions of the Defendant's bail remain in effect.

A conference will take place on **April 2, 2025, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        February 26, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge