UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

WILLIAM SUAREZ,

Defendant.

**ORDER**

24 Cr. 682 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The next conference in this matter will be held on **May 21, 2025, at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
April 2, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge