UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

WILLIAM SUAREZ,

Defendant.

---

**ORDER**

24 Cr. 682 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for May 21, 2025, at 12:30 p.m. is adjourned to **June 20, 2025, at 3:00 p.m.** It is anticipated that the Defendant will enter a guilty plea at the June 20, 2025 proceeding. If he does not, a trial date will be set at that time.

        In the event that the Defendant wishes to remain on pretrial release after entering a guilty plea, he will make a submission concerning that issue by **June 10, 2025.** Any response by the Government is due by **June 13, 2025.**

        Upon the application of the Government, by and through Assistant United States Attorney Justin Rodriguez, and with the consent of the Defendant, William Suarez, by and through his counsel Paul D'Emilia, the time between May 21, 2025, through June 20, 2025, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties to

continue their discussions concerning a potential pretrial resolution.

Dated: New York, New York
       May 20, 2025

                                      SO ORDERED.

                                      Paul G. Gardephe
                                      United States District Judge