UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>WILLIAM SUAREZ,<br><br>Defendant. | **ORDER**<br><br>24 Cr. 682 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        The sentencing previously scheduled for October 24, 2025, at 3:00 p.m. will now take place on **October 24, 2025, at 11:00 a.m.**

Dated: New York, New York
       August 22, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge