UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

WILLIAM SUAREZ,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE AS TO
SPECIFIC PROPERTY

24 Cr. 682 (PGG)

WHEREAS, on or about December 10, 2024, WILLIAM SUAREZ (the "Defendant"), was charged in a one-count Indictment, 24 Cr. 682 (PGG) (the "Indictment"), with possession of a firearm and ammunition after a felony conviction in violation of Title 18, United States Code, Sections 922(g)(1) and 2 (Count One);

WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), of any and all firearms and ammunition involved in or used in said offense, including but not limited to:

    a.    A 9mm Cobra Enterprise model CB9 Derringer pistol (the "Firearm"); and

    b.    Two rounds of 9mm ammunition (the "Ammunition");

WHEREAS, on or about June 20, 2025, the Defendant pled guilty to Count One of the Indictment;

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the Firearm and Ammunition seized by the Government on November 4, 2024, in the vicinity of Marion Avenue and East 184 Street in the Bronx, New York (the "Specific Property") as a firearm and ammunition involved in or used in the offense charged in Count One of the Indictment; and

www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5.  The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6.  Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____     10/24/2025
Justin V. Rodriguez                    DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2591


WILLIAM SUAREZ

By: _____     _____
William Suarez                         DATE

By: _____     10/24/25
Paul D'Emilia, Esq.                    DATE
Attorney for Defendant
30 Wall Street 12th Floor
New York, NY 10005


SO ORDERED:

_____         Oct. 24, 2025
HONORABLE PAUL G. GARDEPHE             DATE
UNITED STATES DISTRICT JUDGE